**Order filed, January 17, 2020.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-19-00920-CR
————————

**JEFFREY WAYNE WOFFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1592815**

## ORDER

The reporter's record in this case was originally due December 9, 2019. *See* Tex. R. App. P. 35.1. On December 11, 2019, this court granted the court reporters request for extension of time to file the record until January 9, 2020. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order Serena Pace, the court reporter, to file the record in this appeal **within 30 days of the date of this order.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If Serena Pace does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.